```
JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:     (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendants
HAPAG-LLOYD (AMERICA), LLC and
HAPAG-LLOYD A.G.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURRY & COMPANY, INC., a corporation; and GREAT AMERICAN INSURANCE COMPANY, a corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>HAPAG-LLOYD (AMERICA) INC. d.b.a. HAPAG-LLOYD, a corporation; HAPAG-LLOYD, AG HAMBURG, a corporation,<br><br>    Defendants. | Case No. CV 15-3535 JCS<br><br>**STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT** |

WHEREAS, Plaintiffs CURRY & COMPANY, INC. and GREAT AMERICAN INSURANCE COMPANY (collectively referred to as "Plaintiffs") initiated this action against Defendants HAPAG-LLOYD (AMERICA), LLC and HAPAG-LLOYD, AG (erroneously sued as Hapag-Lloyd (America) Inc. d.b.a. Hapag-Lloyd and Hapag-Lloyd, AG Hamburg) (collectively referred to as "Defendants");

WHEREAS, Defendants were served with the Complaint on August 3, 2015 and therefore must respond to the Complaint by August 24, 2015;

WHEREAS, Defendants have requested and Plaintiffs have granted Defendants additional time to explore the matter and respond to the Complaint;

IT IS HEREBY STIPULATED by and between Plaintiffs CURRY & COMPANY, INC. and GREAT AMERICAN INSURANCE COMPANY and Defendants HAPAG-LLOYD (AMERICA), LLC and HAPAG-LLOYD, AG, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Northern District Local Rule 6-1, Defendants may have to and including September 8, 2015 to file a responsive pleading in this matter.  This extension of time is Defendants' first extension and does not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED:  August 21, 2015         /s/ Jennifer M. Porter
                                JOHN D. GIFFIN
                                JENNIFER M. PORTER
                                KEESAL, YOUNG & LOGAN
                                Attorneys for Defendants
                                HAPAG-LLOYD (AMERICA), LLC and
                                HAPAG-LLOYD A.G.

DATED:  August 21, 2015         /s/ Joshua E. Kirsch
                                JOSHUA E. KIRSCH
                                GIBSON ROBB & LINDH LLP
                                Attorneys for Plaintiffs
                                CURRY & COMPANY, INC. and GREAT
                                AMERICAN INSURANCE COMPANY

*I, Jennifer Porter, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Dated: 8/24/15

IT IS SO ORDERED
Judge Joseph C. Spero